**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

|  |  |
|---|---|
| ANA ROSA CUEVAS TALAVERA, | No. 07-70360 |
| Petitioner, | Agency No. A095-414-676 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 15, 2009 [**]

Before:   GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

Ana Rosa Cuevas Talavera, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order summarily affirming an

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]   The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

AP/Research

immigration judge's ("IJ") decision denying her application for cancellation of removal.  We dismiss the petition for review.

We lack jurisdiction to review the IJ's discretionary determination that Cuevas Talavera lacks the requisite good moral character for cancellation of removal.  *See Moran v. Ashcroft*, 395 F.3d 1089, 1091 (9th Cir. 2005) (indicating that a good moral character determination is only reviewable where it is based on one of the statutory exclusions found in 8 U.S.C. § 1101(f)), *overruled on other grounds by Sanchez v. Holder*, 560 F.3d 1028 (9th Cir. 2009).  The IJ's discretionary good moral character determination is dispositive of Cuevas Talavera's application.

**PETITION FOR REVIEW DISMISSED.**